H. O. ENGLISH, doing business as ENGLISH DRILL-
ING COMPANY, and as H. O. ENGLISH OIL COM-
PANY, and LEONARD A. WOEPPEL, for them-
selves and numerous other parties,

*Plaintiffs and Respondents,*

vs.

GEORGE LACEY SMITH, also known as GEO. LACY
SMITH and also known as GEO. LACEY SMITH,

*Defendant and Appellant.*

(No. 2514; May 26th, 1953; 257 Pac. (2d) 365)

In support of the Petition, there was a brief filed by Thomas A. Nicholas, of Casper, Wyoming.

## OPINION

HARKINS, District Judge.

The plaintiffs and respondents have filed herein an application for rehearing, together with a brief in support thereof. For former opinion, see 253 P. (2d) 857.

We have carefully considered said application and brief, and are unable to find anything therein touching upon the points decided in the case. No good reason is advanced why a rehearing should be granted. The application is, therefore, denied.

Denied.

BLUME, Chief Justice and CHRISTMAS, District Judge, concur.